UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS CARRINGTON,

      Plaintiff,

v.                                                    Case No.:  2:26-cv-337-SPC-DNF

CHARLOTTE COUNTY JAIL *et
al.*,

      Defendants.

                                 /

## OPINION AND ORDER

Before the Court is Plaintiff Nicholas Carrington's Motion for Reconsideration (Doc. 11).  Carrington filed this action as a pretrial detainee in Charlotte County Jail, and he sued the county, two county officials, and the jail's medical contractor.  Upon preliminary review of Carington's complaint, the Court found it asserted two sets of claims arising from separate circumstances—an arrest in 2023 and his latest stint in Charlotte County Jail beginning in November 2025.  The Court held that Carrington could not pursue both in a single action.  Carrington asks the Court to reconsider that decision.

Reconsideration of a prior order is an extraordinary measure that should be applied sparingly.  *Adams v. Beoneman*, 335 F.R.D. 452, 454 (M.D. Fla. 2020).  Court orders are not intended as first drafts subject to revisions at a litigant's pleasure, so a movant must establish extraordinary circumstances

supporting reconsideration. *Gold Cross EMS, Inc. v. Children's Hosp. of Ala.*, 108 F. Supp. 3d 1376, 1384 (S.D. Ga. 2015).

Carrington presents no extraordinary circumstances to warrant reconsideration. Rather, he seeks to relitigate issues the Court already decided. Thus, Carrington's motion for reconsideration (Doc. 11) is **denied**.

**DONE** and **ORDERED** in Fort Myers, Florida on April 3, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2