UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

NICHOLAS R. CARRINGTON,

      Plaintiff,

v.                                Case No.  2:26-cv-337-SPC-DNF

CHARLOTTE COUNTY JAIL *et al.*,

      Defendants.

_____/

## **ORDER DISMISSING CASE**

Plaintiff Nicholas R. Carrington initiated this action by filing a *pro se* civil rights complaint (Doc. 1). After screening Carrington's complaint under 28 U.S.C. § 1915, the Court dismissed it without prejudice (Doc. 5). The Court directed Carrington to file an amended complaint if he wished to proceed and cautioned that if he did not do so within twenty-one days, the Court would "enter judgment and close this case." (*Id.* at 3). The Court granted Carrington's motion for an extension of time to file his amended complaint by April 16, 2026 (Doc. 13).

To date, Carrington has neither filed an amended complaint nor asked for more time to do so. The Court thus dismisses this case without prejudice for failure to prosecute. Because the dismissal is without prejudice, Carrington

may file a new complaint—under a new case number—along with the filing fee or complete motion to proceed *in forma pauperis.*

Accordingly, it is **ORDERED**:

1.      This case is **DISMISSED without prejudice** for failure to prosecute.

2.      The **Clerk** is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida, on April 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: TpaP-3
Copies: All Parties of Record

2